STATE of Missouri, Respondent,

v.

Wilver TELLEZ–LOPEZ, Appellant.

No. 46646.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 25, 1983.

Motion For Rehearing and/or Transfer to
Supreme Court Denied Dec. 13, 1983.

Application to Transfer Denied
Jan. 17, 1984.

Henry Robertson, Asst. Public Defender,
St. Louis, for appellant.

John Ashcroft, Atty. Gen., Jefferson City,
for respondent.

PER CURIAM.

### ORDER

Defendant was convicted by a jury of the crimes of kidnapping § 565.110, sodomy § 566.060 and rape § 566.030 RSMo 1978. The court entered judgment upon the verdict and sentenced him to 10 years, 15 years and 20 years respectively, sentences to run consecutively. We have reviewed the briefs of the parties and the record on appeal. We find no reversible error. An opinion would have no precedential value. The judgment is affirmed. Rule 30.25(b).